Honorable Timothy W. Dore
Chapter 7
Hearing Date: **April 29, 2011**
Hearing Time: 9:30 a.m.
Response Date: **At or before hearing**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>ITI INTERNET SERVICES INC.,<br><br>               Debtor. | No. 11-12266-TWD<br><br>NOTICE OF JOINT MOTION FOR ORDER: (1) COMPELLING TRUSTEE TO PROVIDE AN IMMEDIATE ACCOUNTING OF MOVANTS' TRUST FUNDS RECEIVED POST-PETITION; (2) AUTHORIZING TRUSTEE TO TEMPORARILY OPERATE DEBTOR'S BUSINESS FOR LIMITED PURPOSE; AND (3) FOR OTHER RELIEF |

**PLEASE TAKE NOTICE** that the Joint Motion for Order (1) Compelling Trustee to Provide an Immediate Accounting of Movants' Trust Funds Received Post-Petition; (2) Authorizing Trustee to Temporarily Operate Debtor's Business for Limited Purpose of Completing Electronic Processing and Release of Movants' Trust Funds; and (3) for Other Relief Including Removal of Trustee If Warranted (the "Motion"), **IS SET FOR HEARING ON SHORTENED TIME** as follows:

    JUDGE:                              The Honorable Timothy W. Dore
    PLACE:                             700 Stewart Street
                                            Courtroom 8106
                                            Seattle, WA 98101
    **DATE:**                              **April 29, 2011**
    **TIME:**                               **9:30 a.m.**
    **RESPONSE DATE:**          **At the time of Hearing**

    Copies of the Motion and supporting pleadings are on file with the United States Bankruptcy Court and are available for review during regular business hours. You may also request a copy by email at ida@crockerlaw.com.

NOTICE OF JOINT MOTION FOR ORDER:
(1) COMPELLING TRUSTEE TO PROVIDE AN IMMEDIATE
ACCOUNTING OF MOVANTS' TRUST FUNDS RECEIVED
POST-PETITION; (2) AUTHORIZING TRUSTEE TO
TEMPORARILY OPERATE DEBTOR'S BUSINESS FOR
LIMITED PURPOSE; AND (3) FOR OTHER RELIEF - 1

**Erman Teicher Miller Zucker & Freedman P.C.**
400 Galleria Officentre, Suite 444
Southfield, MI 48034
248-827-4100

**YOU ARE FURTHER NOTIFIED** that if the Court grants the Motion, brought pursuant to 11 U.S.C. §§704(a)(7), 721, 324, and Fed. R. Bankr. P. 9013, the Trustee will provide an accounting of certain Partially Processed Payments, thereby allowing processing of funds, and transmittal of those funds to the moving parties. The moving parties contend that $892,943.72 in Partially Processed Payments should be promptly completed.

**IF YOU OPPOSE THE MOTION**, you must file your written response with the Clerk of Court, 700 Stewart St., Seattle, WA 98101, and deliver copies to the undersigned **NOT LATER THAN THE TIME OF THE HEARING**. If no responses are received, the Court may, at its discretion, enter an order without further notice.

DATED this 22nd day of April, 2011.

ERMAN TEICHER MILLER ZUCKER & FREEDMAN P.C.

By  */s/ Craig E. Zucker per fax 4/22/11*
Craig E. Zucker, MI Bar No. P39907
Dianne S. Ruhlandt, MI Bar No. P60483
Pro Hac Vice Application Forthcoming
Lead Counsel for Electrical Workers Insurance Fund as Receiving Trust Fund for Electrical Workers Fringe Benefit Funds of Local Union #58, IBEW and for Sheet Metal Workers Local Union No. 80 Insurance Trust Fund, as the Receiving Trust

BUTZEL LONG

By  */s/ Thomas B. Radom per email 4/22/11*
Thomas B. Radom, MI Bar No. P24631
Pro Hac Vice Application Forthcoming
Counsel for BeneSys Inc. and Painters District Council No. 2, as Receiving Trust

CROCKER LAW GROUP PLLC

By  */s/ Tereza Simonyan*
Shelly Crocker, WSBA #21232
Tereza Simonyan, WSBA #41741
Local Counsel

NOTICE OF JOINT MOTION FOR ORDER: (1) COMPELLING TRUSTEE TO PROVIDE AN IMMEDIATE ACCOUNTING OF MOVANTS' TRUST FUNDS RECEIVED POST-PETITION; (2) AUTHORIZING TRUSTEE TO TEMPORARILY OPERATE DEBTOR'S BUSINESS FOR LIMITED PURPOSE; AND (3) FOR OTHER RELIEF - 2

**Erman Teicher Miller Zucker & Freedman P.C.**
400 Galleria Officentre, Suite 444
Southfield, MI 48034
248-827-4100