UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: )
)
) Case No. 11-12266-SJS
ITI INTERNET SERVICES, )
)
Debtors. )

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and any standing orders entered in this case, the undersigned hereby appears as counsel for the following entities Painters District Counsel # 2, Painters District Council #2 Pension Trust, Painters District Council #2 Welfare Trust, Painters District Council #2 Vacation Trust, Painters District Council #2 Apprentice Plan, Painting and Decorating Foundation, and Labor Management Cooperative Initiative and requests that all notices and papers served be given and served upon the undersigned.

        ARMSTRONG TEASDALE LLP

        /s/ J. Talbot Sant, Jr.
        J. Talbot Sant, Jr.        35324MO
        7700 Forsyth Blvd., Suite 1800
        St. Louis, Missouri 63105
        Telephone: (314) 621-5070
        Fax: (314) 621-5065
        jsant@armstrongteasdale.com

        Attorneys for Creditor Painters District Council # 2, Painters District Council #2 Pension Trust, Painters District Council #2 Welfare Trust, Painters District Council #2 Vacation Trust, Painters District Council #2 Apprentice Plan, Painting and Decorating Foundation, and Labor Management Cooperative Initiative

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent on this 22nd day of April, 2011 via the Court's ECF Notice of Electronic Filing to all parties receiving electronic notice in the case.

                                                          /s/ Melissa L. Scott