**Honorable Timothy Dore**
Hearing Date:   May 13, 2011 @ 9:30 a.m.
Response Date: May 6, 2011
Chapter 7
Tacoma, WA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| In re: ITI INTERNET SERVICES, INC., | In Chapter 7 Proceeding<br>NO. 11-12266 |
| Debtor. | **WITHDRAWAL OF MOTION TO CHANGE VENUE** |

Michael Durand, a creditor, withdraws his motion to change venue now that it appears the court may have heard some dispositive motions in the case and the matter may be stricken from the docket.

Dated: April 25, 2011

/s/ William L. Beecher
**William L. Beecher**, WSBA 3673
Attorney for Durand

**WITHDRAWAL OF MOTION TO CHANGE VENUE - 1**

Law Offices of
BEECHER & CONNIFF
1703-C Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-0132
Fax: (253) 572-3427

**Certificate of Service**

A copy of the Withdrawal of Motion to Change Venue was served on the following parties on April 26, 2011 by placing the pleadings in an envelope, addressed as indicated, then sealing and depositing the envelope, with sufficient postage fully prepaid thereon, in a receptacle of the United States Postal Service within Pierce County, Washington before the hour of midnight:

  All creditors listed on the attached court's mailing matrix downloaded on April 11, 2011

A copy of the Withdrawal of Motion to Change Venue was served on the following parties on April 26, 2011 by ECF:

| | |
|---|---|
| United States Trustee | Nancy L. James<br>c/o David A. Gebben |
| Nancy L. James<br>Chapter 7 Trustee | ITI Internet Services, Inc.<br>c/o Lance L. Lee |
| Electrical Workers' Insurance Fund<br>c/o Earle I. Erman | Electronic Payment Exchange<br>c/o Jack J. Cullen |
| Electrical Workers' Insurance Fund<br>c/o Craig E. Zucker | Electrical Workers' Insurance Fund<br>c/o Dianne S. Ruhlandt |

Signed at Tacoma, Washington on April 26, 2011.

         /s/ Debra Delimont_____
         **Debra Delimont**

**Withdrawal of Motion to Change Venue- 2**

Law Offices of
BEECHER & CONNIFF
1703-C Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-0132
Fax: (253) 572-3427

```
Label Matrix for local noticing        Electrical Workers' Insurance Fund    Electrical Workers' Insurance Fund
0981-2                                 c/o Craig E. Zucker, Esq.             c/o Dianne S. Ruhlandt
Case 11-12266-TWD                      Erman Teicher                         Erman Teicher
Western District of Washington         400 Galleria Officentre, Suite 444    400 Galleria Officentre, Ste. 444
Seattle                                Southfield, MI 48034-2162             Southfield, MI 48034-2162
Mon Apr 11 14:14:21 PDT 2011

Electrical Workers' Insurance Fund     Electronic Payment Exchange           ITI Internet Services Inc
c/o Earle I. Erman                     Foster Pepper PLLC                    110 Williams Ave South #111
Erman Teicher                          c/o Jack Cullen                       Renton, WA 98057-5414
400 Galleria Officentre, Ste. 444      1111 3rd Ave Ste 3400
Southfield, MI 48034-2162              Seattle, WA 98101-3299


U.S. Bankruptcy Court                  Comfort Davies and Smith              David Adler
700 Stewart St, Room 6301              1901 65th Ave W                       520 Pike St #1440
Seattle, WA 98101-4441                 Fircrest WA 98466-6232                Seattle WA 98101-4001



Krantz Enterprises LLC                 Michael Durand                        Pakie Plastino
14807 US Hwy 290 East                  c/o Barcus & Assoc                    11740 Riviera Pl NE
Manor TX 78653-4513                    4303 Ruston Way                       Seattle WA 98125-5962
                                       Tacoma WA 98402-5313



Shaub Realty                           Sound Credit Union                    US Premium Finance
Broadway Place LLC                     Visa                                  c/o Northfield Bank
PO Box 1135                            PO Box 1595                           Attn: M Eileen Bergin
Tacoma WA 98401-1135                   Tacoma WA 98401-1595                  581 Main St, Ste 810
                                                                             Woodbridge NJ 07095-1144


United States Trustee                  David A Gebben                        Lance L Lee
700 Stewart St Ste 5103                1700 Seventh Ave. #2100               1001 4th Ave Ste 3200
Seattle, WA 98101-4438                 Seattle, WA 98101-1360                Seattle, WA 98154-1003



Michael Durand                         Nancy L James                         End of Label Matrix
c/o William Beecher                    15008 63rd Dr SE                      Mailable recipients    19
1703-C Dock St                         Snohomish, WA 98296-4213              Bypassed recipients     0
Tacoma, WA 98402-3235                                                        Total                  19
```