Exhibit A

ITI Internet Services, Inc. | Application for Electronic Payment Services   

## Merchant Application

### 1. Business Information

| Field | Value |
|---|---|
| Full Business Name: | EDISON PROPERTIES, LLC |
| Doing Business As (DBA)*: | MANHATTAN MINISTORAGE, LLC |
| Business Address Line 1: | 100 WASHINGTON STREET |
| Business Address Line 2: | |
| City: | NEWARK |
| State: | NJ |
| Zip: | 07102 |
| Business Phone: | |
| Business Fax: | |
| Business Email Address: | advisor@manhattanministorage.com |
| Web Site URL: | www.manhattanministorage.com |
| Federal Tax ID: | |
| Business Start Date (MM/YYYY): | |

Type of Ownership: ☐ Sole Proprietorship ☐ Partnership ☐ Corporation ☐ Non-Profit ☑ LLC ☐ Government

Industry Type (SIC Code; see list at http://www.sec.gov/info/edgar/siccodes.htm):

### 2. Owner Information (if there are multiple owners, use information for the owner with the largest share of ownership)