Form unpdff (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    ITI Internet Services Inc

    Debtor(s).

Case Number: 11–12266–TWD
Chapter: 7

## UNPAID FILING FEE

The filing fee was not paid when the following motion and/or amendment was received by the Clerk's Office. The fee is **due within 14 days** of the date of this notice or this matter will be referred to the judge assigned to the case. **Failure to pay the fee for a motion may result in the hearing being continued until such time as the fee is paid. Failure to pay additional filing fees may result in dismissal of case.**

- ☐ $150.00 Motion for Relief from Stay/Abandonment
- ☐ $150.00 Motion to Withdraw Reference
- ☐ $26.00 Amendments to Schedules D, E, or F
- ☐ $260.00 Motion to Reopen Chapter 7
- ☐ $1000.00 Motion to Reopen Chapter 11
- ☐ $200.00 Motion to Reopen Chapter 12
- ☐ $235.00 Motion to Reopen Chapter 13
- ☐ $1000.00 Motion to Reopen Chapter 15
- ☐ $45.00 Archive Retrieval Fee
- ☐ $15.00 Conversion from Chapter 11 to Chapter 7
- ☐ $60.00 Conversion from Chapter 12 to Chapter 7
- ☐ $25.00 Conversion from Chapter 13 to Chapter 7
- ☐ $35.00 Conversion from Chapter 12 to Chapter 13
- ☐ $299.00 Bifurcation/Splitting of Chapter 7
- ☐ $1039.00 Bifurcation/Splitting of Chapter 11
- ☐ $239.00 Bifurcation/Splitting of Chapter 12
- ☐ $274.00 Bifurcation/Splitting of Chapter 13
- ☐ $255.00 Appeal/Cross Appeal
- ☐ Direct Appeal/Cross Appeal: Additional $200 due when Court of Appeals authorizes the appeal.
- ☑ Other **$150.00 Pro Hac Vice (make check payable to U.S. District Court)**

**Personal checks for payment of filing fees will not be accepted from Debtors, including corporate Debtors. Please submit your payment in the form of a cashier's check or money order.**

Dated: May 10, 2011

                                            Mark L. Hatcher
                                            Clerk of the Bankruptcy Court

                                            R. Cacho
                                            Deputy Clerk