# EXHIBIT 1

1
2
3                                                    FILED
                                          IN COUNTY CLERK'S OFFICE
4
                                          A.M.  FEB 17 2011  P.M.
5
                                          PIERCE COUNTY WASHINGTON
6                                         KEVIN STOCK, County Clerk
                                          BY_____ DEPUTY

# SUPERIOR COURT OF WASHINGTON
# FOR PIERCE COUNTY

| | |
|---|---|
| MICHAEL DURAND and NATASHA DURAND, individually, and marital community comprised thereof,<br><br>                Plaintiffs,<br><br>vs.<br><br>HIMC CORPORATION, et al;<br><br>                Defendants. | No. 06-2-13326-4<br>Judgment No. 06-2-13326-4<br><br>WRIT OF GARNISHMENT<br><br><br>CLERK'S ACTION REQUIRED |

THE STATE OF WASHINGTON;

    TO:        US BANK, Garnishee Defendant,
    AND TO:   HIMC CORPORATION and ITI INTERNET SERVICES, INC., Defendants
    AND TO:   DAVID B. ADLER, Attorney for Defendants.

The above-named Plaintiffs, Michael Durand and Natasha Durand, have applied for a Writ of Garnishment against you, claiming that the above-named Defendants are indebted to Plaintiffs and that the amount to be held to satisfy the indebtedness is $1,547,460.06 and has been calculated as follows:

Received Time Feb. 18. 2011 5:56PM No. 2495
WRIT OF GARNISHMENT - 1

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way,
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

| | |
|---|---:|
| Amount of Principal Judgment: | $987,965.00 |
| Attorneys' Fees and Costs Awarded: | $130,815.75 |
| Post-judgment interest of 12% (Per Diem Rate: 1,168 days x 367.82): | <u>$429,679.36</u> |
| TOTAL: | $1,547,460.06 |

Estimated Garnishment Costs:

| | |
|---|---:|
| Filing Fee: | $20.00 |
| Postage and Costs of Certified Mail: | $7.00 |
| Answer Fee or Fees: | $10.00 |
| Garnishment Attorney Fee: | $450.00 |
| TOTAL Garnishment Costs: | $487.00 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the Court or by this writ, not to pay any debt, whether earnings subject to this garnishment or any other debt, owed to the Defendants at the time this writ was served and not to deliver, sell or transfer, or recognize any sale or transfer of any personal property or effects of the Defendants in your possession or control at the time this writ was served. Any such payment, delivery, sale or transfer is void to the extent necessary to satisfy the Plaintiffs' claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ by filling in the attached form according to the instructions in this writ and in the answer forms, and within twenty (20) days after the service of the writ upon you, to mail or deliver the original of such answer to the Court, one copy to the Plaintiffs or the Plaintiffs' attorney, and one copy to each of the Defendants, in the envelopes provided.

If you owe the Defendants a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and release all additional funds or property to Defendants.

STATEMENT OF PLAINTIFFS' COUNSEL TO BANKING INSTITUTION

Counsel for the Defendants has knowledge of one of the following sections: (a), (b), or (c):

(a) Defendants' last known address is:
ITI Internet Services, Inc., 1130 Broadway Plaza, Suite 205, Tacoma, WA 98402

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way,
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

(b) Defendant ITI Internet Services, Inc.'s, UBI number is: 602069172;

(c) One of Defendants' account numbers is: xxx-9678. This Writ is directed towards **all** accounts of the above-named Defendants.

YOUR FAILURE TO ANSWER THIS WRIT AS COMMANDED WILL RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFFS' CLAIM AGAINST THE DEFENDANTS WITH ACCRUING INTEREST AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE DEFENDANTS.

Bryan E. Chushcoff

WITNESS, the Honorable _____, Judge of the above-entitled Court and the seal thereof this ___ day of _____, 2011. FEB 1 7 2011

_[signature]_
Paul A. Lindenmuth, WSBA #15817
Attorneys for Plaintiffs
4303 Ruston Way
Tacoma, WA 98402
(253) 752-4444

KEVIN STOCK
COUNTY CLERK

_____
Clerk of the Court

By: _[signature]_
Deputy
Pierce County Superior Court Clerk
930 Tacoma Avenue South, Room No. 110
Tacoma, WA 98402

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way,
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below, I caused to be served the foregoing WRIT OF GARNISHMENT on the following individuals in the manner indicated:

Mr. David B. Adler
520 Pike Street, Suite 1440
Seattle, WA 98101-1440
Facsimile: (206) 343-7807
[XX] Via Certified Mail Return Receipt Requested


HIMC/ITI Internet Services, Inc.
1130 Broadway Plaza, Suite 205
Tacoma, WA 98402
(253)-284-0320
[XX] Via Certified Mail Return Receipt Requested


SIGNED this _____ day of February, 2011, at Tacoma, Washington.

                                          The Law Offices of Ben F. Barcus
                                          & Associates, P.L.L.C.


_____
_____(print name)

Received Time Feb. 18. 2011 5:56PM No. 2495
WRIT OF GARNISHMENT - 4

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way,
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

# EXHIBIT 2



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

3400          TRN                    Y     ST01

Business Statement
Account Number:
5496
Statement Period:
Feb. 1, 2011
through
Feb. 28, 2011

Page 1 of 5

000046786 1 SP    106481978404328 S
ESTATE OF ITI INTERNET SERVICES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-45068
MERCHANTS ACH ACCOUNT
1130 BROADWAY STE 205
TACOMA   WA 98402-3512

☎                              **To Contact U.S. Bank**

**24-Hour Business**
**Solutions:**                  1-800-673-3555

**Telecommunications Device**
**for the Deaf:**               1-800-685-5065

**Internet:**                   usbank.com

## INFORMATION YOU SHOULD KNOW

U.S. Bank makes every effort to keep you informed of important information about your business checking and savings accounts. Our funds availability is policy is available for review at any time at: usbank.com/fundsavailable

FUNDS AVAILABILITY - RETAIL CONSUMER, SMALL BUSINESS AND COMMERCIAL ACCOUNTS
Our general availability policy is to make funds available to you on the first business day after the day of deposit. We generally make some portion of a day's deposits available for withdrawal immediately.

IMMEDIATE AVAILABILITY - ALL ACCOUNTS
The following types of deposits will usually be available for withdrawal immediately:

Cash (if deposited in person to an employee of ours);
Electronic direct deposits;
Wire transfers; and
The first $100 from the aggregate of all other deposits made on any given day.

Generally, ATM, on-us checks, money orders, certified, cashier's and teller checks receive same day availability for deposits.

For more details about funds availability, please visit usbank.com/fundsavailable

## U.S. BANK GOLD BUSINESS CHECKING                                                      *Member FDIC*
U.S. Bank National Association                                          Account Number 1-535-6306-5496
**Account Summary**
|                              | # Items |    |              |
|------------------------------|---------|----|--------------|
| Beginning Balance on Feb. 1  |         | $  | 476,457.49   |
| Other Deposits               | 44      |    | 7,010,560.78 |
| Other Withdrawals            | 42      |    | 7,485,966.28-|
| **Ending Balance on Feb. 28, 2011** |  | $  | 1,051.99     |

### Reward Program Summary

All Rewards shown are as of Feb. 28, 2011

| FlexPerks Business Cash Rewards | | Check Card Number: *8703 | | **FlexPerks** | |
|---|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem | Pending Package Bonus Rewards Program to Date† |



ESTATE OF ITI INTERNET SERVICES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-45068
MERCHANTS ACH ACCOUNT
1130 BROADWAY STE 205
TACOMA WA 98402-3512
Business Statement
Account Number:
5496
Statement Period:
Feb. 1 , 2011
through
Feb. 28, 2011

Page 2 of 5



## U.S. BANK GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association    Account Number    -5496

| 07/14/2010 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

†Package Bonus Rewards will be available for redemption annually in December.

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb. 1 | Electronic Deposit REF=11031011525056 N | From ITI INTERNET SER MB EPX 80043617100 | | $ 4,493.56 |
| Feb. 1 | Wire Credit REF004808 ORG=AMEX US | HSBC BANK USA BUFF 110201032232 MERCHANT-CLT FUND A P O BOX HM 311 | | 19,015.00 |
| Feb. 1 | Electronic Deposit REF=11031011526478 N | From EPX ST 2189 1141901461MERCH SETL | | 210,201.65 |
| Feb. 2 | Wire Credit REF003021 ORG=AMEX US | HSBC BANK USA BUFF 110202014537 MERCHANT-CLT FUND A P O BOX HM 311 | | 106,015.00 |
| Feb. 2 | Electronic Deposit REF=11032009341926 N | From EPX ST 2189 1141901461MERCH SETL | | 665,343.47 |
| Feb. 3 | Electronic Deposit REF=11033005604125 N | From ITI INTERNET SER MB EPX 80043617100 | | 4,056.80 |
| Feb. 3 | Wire Credit REF002319 ORG=AMEX US | HSBC BANK USA BUFF 110203015582 MERCHANT-CLT FUND A P O BOX HM 311 | | 11,015.00 |
| Feb. 3 | Electronic Deposit REF=11033005603410 N | From EPX ST 2189 1141901461MERCH SETL | | 464,921.46 |
| Feb. 4 | Electronic Deposit REF=11034010883233 N | From ITI INTERNET SER MB EPX 80043617100 | | 9,551.02 |
| Feb. 4 | Electronic Deposit REF=11034010883124 N | From EPX ST 2189 1141901461MERCH SETL | | 267,415.76 |
| Feb. 7 | Electronic Deposit REF=11038008602656 N | From ITI INTERNET SER MB EPX 80043617100 | | 923.89 |
| Feb. 7 | Wire Credit REF002912 ORG=AMEX US | HSBC BANK USA BUFF 110207017033 MERCHANT-CLT FUND A P O BOX HM 311 | | 32,015.00 |
| Feb. 7 | Electronic Deposit REF=11038008603276 N | From EPX ST 2189 1141901461MERCH SETL | | 274,104.03 |
| Feb. 8 | Electronic Deposit REF=11038015566467 N | From ITI INTERNET SER MB EPX 80043617100 | | 14,353.01 |
| Feb. 8 | Wire Credit REF002609 ORG=AMEX US | HSBC BANK USA BUFF 110208015653 MERCHANT-CLT FUND A P O BOX HM 311 | | 50,015.00 |
| Feb. 8 | Electronic Deposit REF=11038015566599 N | From EPX ST 2189 1141901461MERCH SETL | | 229,906.79 |
| Feb. 9 | Electronic Deposit REF=11039011726025 N | From ITI INTERNET SER MB EPX 80043617100 | | 2,467.36 |
| Feb. 9 | Wire Credit REF003341 ORG=AMEX US | HSBC BANK USA BUFF 110209016997 MERCHANT-CLT FUND A P O BOX HM 311 | | 86,015.00 |
| Feb. 9 | Electronic Deposit REF=11039011725571 N | From EPX ST 2189 1141901461MERCH SETL | | 1,064,830.60 |
| Feb. 10 | Electronic Deposit REF=11040008975851 N | From ITI INTERNET SER MB EPX 80043617100 | | 3,372.16 |
| Feb. 10 | Electronic Deposit REF=11040008975572 N | From EPX ST 2189 1141901461MERCH SETL | | 235,135.78 |
| Feb. 11 | Electronic Deposit REF=11041013127393 N | From ITI INTERNET SER MB EPX 80043617100 | | 236.00 |
| Feb. 11 | Wire Credit REF003448 ORG=AMEX US | HSBC BANK USA BUFF 110211017755 MERCHANT-CLT FUND A P O BOX HM 311 | | 50,015.00 |
| Feb. 11 | Electronic Deposit REF=11041013127387 N | From EPX ST 2189 1141901461MERCH SETL | | 575,148.29 |
| Feb. 14 | Electronic Deposit REF=11045009855090 N | From ITI INTERNET SER MB EPX 80043617100325183220211033 | | 1,550.00 |
| Feb. 14 | Electronic Deposit REF=11045009855092 N | From ITI INTERNET SER MB EPX 80043617100 | | 3,237.45 |



ESTATE OF ITI INTERNET SERVICES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-45068
MERCHANTS ACH ACCOUNT
1130 BROADWAY STE 205
TACOMA WA 98402-3512

Business Statement
Account Number:
5496
Statement Period:
Feb. 1, 2011
through
Feb. 28, 2011

Page 3 of 5

## U.S. BANK GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association       Account Number       5496

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb. 14 | Wire Credit REF003646<br>ORG=AMEX US | HSBC BANK USA BUFF 110214018054<br>MERCHANT-CLT FUND A P O BOX HM 311 | | 92,015.00 |
| Feb. 14 | Electronic Deposit<br>REF=11045009856816 N | From EPX ST 2189<br>1141901461MERCH SETL | | 306,524.28 |
| Feb. 15 | Electronic Deposit<br>REF=11045016508703 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 2,747.25 |
| Feb. 15 | Wire Credit REF004259<br>ORG=AMEX US | HSBC BANK USA BUFF 110215022820<br>MERCHANT-CLT FUND A P O BOX HM 311 | | 43,015.00 |
| Feb. 15 | Electronic Deposit<br>REF=11045016509590 N | From EPX ST 2189<br>1141901461MERCH SETL | | 234,853.28 |
| Feb. 16 | Electronic Deposit<br>REF=11046012667319 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 2,770.06 |
| Feb. 16 | Wire Credit REF002906<br>ORG=AMEX US | HSBC BANK USA BUFF 110216017022<br>MERCHANT-CLT FUND A P O BOX HM 311 | | 12,015.00 |
| Feb. 16 | Electronic Deposit<br>REF=11046012666633 N | From EPX ST 2189<br>1141901461MERCH SETL | | 521,047.45 |
| Feb. 17 | Electronic Deposit<br>REF=11047008854983 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 1,967.73 |
| Feb. 17 | Electronic Deposit<br>REF=11047008854928 N | From EPX ST 2189<br>1141901461MERCH SETL | | 181,346.33 |
| Feb. 18 | Electronic Deposit<br>REF=11048004509192 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 22,580.91 |
| Feb. 18 | Wire Credit REF003453<br>ORG=AMEX US | HSBC BANK USA BUFF 110218020424<br>MERCHANT-CLT FUND A P O BOX HM 311 | | 109,015.00 |
| Feb. 18 | Electronic Deposit<br>REF=11048004509004 N | From EPX ST 2189<br>1141901461MERCH SETL | | 253,599.81 |
| Feb. 22 | Electronic Deposit<br>REF=11053001656707 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 302.91 |
| Feb. 22 | Wire Credit REF006179<br>ORG=AMEX US REMIT-CLNT | HSBC BANK USA BUFF 110222024319<br>FUND A/C P O BOX HM 311 | | 48,015.00 |
| Feb. 22 | Electronic Deposit<br>REF=11053001656668 N | From EPX ST 2189<br>1141901461MERCH SETL | | 782,066.21 |
| Feb. 24 | Electronic Deposit<br>REF=11054008277576 N | From ITI INTERNET SER<br>MB EPX 80043617100 | | 329.21 |
| Feb. 24 | Wire Credit REF018446<br>ORG=PTN, INC. 516 W SHAW | WELLS SF 110224018459<br>AVE STE 103 | | 10,996.27 |
| | | | Total Other Deposits $ | 7,010,560.78 |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb. 1 | Electronic Withdrawal<br>REF=11031011526470 N | From EPX CR 2189<br>1141901461MERCH CBS | $ | 1,946.94- |
| Feb. 1 | Electronic Withdrawal<br>REF=11031011526126 N | From ITI INTERNET SER<br>MB EPX 8004361710 | | 59,833.56- |
| Feb. 1 | Electronic Withdrawal<br>REF=11031011525054 N | From ITI INTERNET SER<br>MB EPX 8004361710 | | 212,379.91- |
| Feb. 2 | Electronic Withdrawal<br>REF=11032009341924 N | From EPX CR 2189<br>1141901461MERCH CBS | | 6,667.43- |
| Feb. 2 | Electronic Withdrawal<br>REF=11032009343572 N | From ITI INTERNET SER<br>MB EPX 8004361710 | | 190,521.44- |
| Feb. 3 | Electronic Withdrawal<br>REF=11033005603408 N | From EPX CR 2189<br>1141901461MERCH CBS | | 10,377.47- |
| Feb. 3 | Electronic Withdrawal<br>REF=11033005604121 N | From ITI INTERNET SER<br>MB EPX 8004361710 | | 47,463.83- |
| Feb. 3 | Electronic Withdrawal<br>REF=11033005603501 N | From ITI INTERNET SER<br>MB EPX 8004361710 | | 177,042.92- |



ESTATE OF ITI INTERNET SERVICES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-45068
MERCHANTS ACH ACCOUNT
1130 BROADWAY STE 205
TACOMA WA 98402-3512

**Business Statement**
Account Number:
5496
Statement Period:
Feb. 1, 2011
through
Feb. 28, 2011



Page 4 of 5

## U.S. BANK GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association

Account Number 5496

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---:|
| Feb. 4 | Electronic Withdrawal | From EPX CR 2189 | | 5,108.82- |
| | REF=11034010883122 N | 1141901461MERCH CBS | | |
| Feb. 4 | Electronic Withdrawal | From ITI INTERNET SER | | 115,095.85- |
| | REF=11034010883295 N | MB EPX 8004361710 | | |
| Feb. 4 | Electronic Withdrawal | From ITI INTERNET SER | | 652,116.94- |
| | REF=11034010883228 N | MB EPX 8004361710 | | |
| Feb. 7 | Electronic Withdrawal | From EPX CR 2189 | | 30,523.58- |
| | REF=11038008603274 N | 1141901461MERCH CBS | | |
| Feb. 7 | Electronic Withdrawal | From ITI INTERNET SER | | 99,016.31- |
| | REF=11038008600629 N | MB EPX 8004361710 | | |
| Feb. 7 | Electronic Withdrawal | From ITI INTERNET SER | | 361,305.88- |
| | REF=11038008602652 N | MB EPX 8004361710 | | |
| Feb. 8 | Electronic Withdrawal | From EPX CR 2189 | | 6,967.08- |
| | REF=11038015566597 N | 1141901461MERCH CBS | | |
| Feb. 8 | Electronic Withdrawal | From ITI INTERNET SER | | 113,722.24- |
| | REF=11038015566465 N | MB EPX 8004361710 | | |
| Feb. 8 | Electronic Withdrawal | From ITI INTERNET SER | | 185,231.48- |
| | REF=11038015568182 N | MB EPX 8004361710 | | |
| Feb. 9 | Electronic Withdrawal | From EPX CR 2189 | | 11,025.11- |
| | REF=11039011725569 N | 1141901461MERCH CBS | | |
| Feb. 9 | Electronic Withdrawal | From ITI INTERNET SER | | 196,070.99- |
| | REF=11039011726021 N | MB EPX 8004361710 | | |
| Feb. 10 | Electronic Withdrawal | From EPX CR 2189 | | 9,640.87- |
| | REF=11040008975570 N | 1141901461MERCH CBS | | |
| Feb. 10 | Electronic Withdrawal | From ITI INTERNET SER | | 297,611.60- |
| | REF=11040008975847 N | MB EPX 8004361710 | | |
| Feb. 11 | Electronic Withdrawal | From EPX CR 2189 | | 4,719.61- |
| | REF=11041013127385 N | 1141901461MERCH CBS | | |
| Feb. 11 | Electronic Withdrawal | From ITI INTERNET SER | | 162,832.42- |
| | REF=11041013127389 N | MB EPX 8004361710 | | |
| Feb. 11 | Electronic Withdrawal | From ITI INTERNET SER | | 993,932.76- |
| | REF=11041013128733 N | MB EPX 8004361710 | | |
| Feb. 14 | Electronic Withdrawal | From EPX CR 2189 | | 6,149.56- |
| | REF=11045009856814 N | 1141901461MERCH CBS | | |
| Feb. 14 | Electronic Withdrawal | From ITI INTERNET SER | | 272,154.01- |
| | REF=11045009855087 N | MB EPX 8004361710 | | |
| Feb. 15 | Electronic Withdrawal | From FOREX CLUB FINAN | | 1,550.00- |
| | REF=11045016510289 N | MB EPX 7186697807 | | |
| Feb. 15 | Electronic Withdrawal | From EPX CR 2189 | | 4,739.75- |
| | REF=11045016509588 N | 1141901461MERCH CBS | | |
| Feb. 15 | Electronic Withdrawal | From ITI INTERNET SER | | 601,443.99- |
| | REF=11045016508699 N | MB EPX 8004361710 | | |
| Feb. 16 | Electronic Withdrawal | From EPX CR 2189 | | 5,295.78- |
| | REF=11046012666631 N | 1141901461MERCH CBS | | |
| Feb. 16 | Electronic Withdrawal | From ITI INTERNET SER | | 360,919.57- |
| | REF=11046012667315 N | MB EPX 8004361710 | | |
| Feb. 17 | Electronic Withdrawal | From ECP RETRACTIONS | | 1,550.00- |
| | REF=11047008854975 N | MB EPX LATERETURN325183220216093 | | |
| Feb. 17 | Electronic Withdrawal | From EPX CR 2189 | | 17,293.96- |
| | REF=11047008854926 N | 1141901461MERCH CBS | | |
| Feb. 17 | Electronic Withdrawal | From ITI INTERNET SER | | 323,086.63- |
| | REF=11047008854978 N | MB EPX 8004361710 | | |
| Feb. 18 | Electronic Withdrawal | From EPX CR 2189 | | 4,243.91- |
| | REF=11048004509002 N | 1141901461MERCH CBS | | |
| Feb. 18 | Electronic Withdrawal | From ITI INTERNET SER | | 523,704.97- |
| | REF=11048004509188 N | MB EPX 8004361710 | | |
| Feb. 22 | Electronic Withdrawal | From EPX CR 2189 | | 10,867.02- |
| | REF=11053001656686 N | 1141901461MERCH CBS | | |



ESTATE OF ITI INTERNET SERVICES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-45068
MERCHANTS ACH ACCOUNT
1130 BROADWAY STE 205
TACOMA WA 98402-3512

**Business Statement**
Account Number:
¦ 5496
Statement Period:
Feb. 1 , 2011
through
Feb. 28, 2011

Page 5 of 5

## U.S. BANK GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association
Account Number       -5496

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb. 22 | Electronic Withdrawal | From ITI INTERNET SER | | 187,149.73- |
| | REF=11053001656703 N | MB EPX   8004361710 | | |
| Feb. 22 | WA.GARNISHMENT,DU | RAND-PH#253-752-4 444 | | 572,021.50- |
| Feb. 24 | Internet Banking Transfer | To Account 153562829678 | | 5,551.43- |
| Feb. 24 | Electronic Withdrawal | From ECP RETRACTIONS | | 626,093.16- |
| | REF=11054008277864 N | MB EPX   LATERETURN325183220223001 | | |
| Feb. 28 | Electronic Withdrawal | From ECP RETRACTIONS | | 10,996.27- |
| | REF=11059002232457 N | MB EPX   LATERETURN325183220224001 | | |
| | | | **Total Other Withdrawals** $ | **7,485,966.28-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb. 1 | 436,007.29 | Feb. 9 | 1,510,699.11 | Feb. 17 | 714,774.66 |
| Feb. 2 | 1,010,176.89 | Feb. 10 | 1,441,954.58 | Feb. 18 | 572,021.50 |
| Feb. 3 | 1,255,285.93 | Feb. 11 | 905,869.08 | Feb. 22 | 632,367.37 |
| Feb. 4 | 759,931.10 | Feb. 14 | 1,030,892.24 | Feb. 24 | 12,048.26 |
| Feb. 7 | 576,128.25 | Feb. 15 | 703,774.03 | Feb. 28 | 1,051.99 |
| Feb. 8 | 564,482.25 | Feb. 16 | 873,391.19 | | |

Balances only appear for days reflecting change.